UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 21-58658-SMS |
| Seth Hunter, and | * | |
| Lashika Antwinette Conner | * | |
| | * | CHAPTER 7 |
| | * | |
| DEBTOR (S) | * | |

**DEBTORS' AMENDMENT TO CHAPTER 13 SCHEDULES**

Come Now, Seth Hunter and Lashika Antwinette Conner, Debtors, and amend their Chapter 13 Schedules per the following:

1. Debtor amends Schedule J as attached
2. Debtor amends the Statement of Intentions as attached
3. Debtor amends the Disclosure Of Compensation of Attorney as attached; and
4. Debtor amends the declaration of schedules and summary of schedules as attached.

WHEREFORE, Debtor prays that this Amendment be allowed, that the Trustee withdraws any objection(s) and for such other and further relief as the Court deems appropriate and just.

This the __16th__ day of __February__, 2022

Respectfully Submitted
Law Office of Stanley J. Kakol, Jr., LLC
         /S/Stanley J. Kakol, JR.
Stanley J. Kakol, Jr. GBN 406060
Attorney for Debtor
5353 Fairington Road
Suite C
Lithonia, Georgia 30038

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Seth Hunter |
| Debtor 2 (Spouse, if filing) | Lashika Antwinette Conner |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (If known) | 21-58658 |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**
   ☐ No. Go to line 2.
   ■ Yes. **Does Debtor 2 live in a separate household?**
   
   ■ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No
   Do not list Debtor 1 and Debtor 2.
   ■ Yes. Fill out this information for each dependent..............
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 5 | ☐ No  ■ Yes |
   | Son | 6 | ☐ No  ■ Yes |
   | Daughter | 8 | ☐ No  ■ Yes |
   | Daughter | 9 | ☐ No  ■ Yes |
   | Son | 11 | ☐ No  ■ Yes |
   | Daughter | 13 | ☐ No  ■ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ■ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.  4. $ 1,230.00

   If not included in line 4:
   4a. Real estate taxes  4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance  4b. $ 32.00

| Debtor 1 | **Seth Hunter** | | Case number (if known) | **21-58658** |
| Debtor 2 | **Lashika Antwinette Conner** | | | |

|   |   |   |   |   |
|---|---|---|---|---|
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1 **Seth Hunter**
Debtor 2 **Lashika Antwinette Conner**                             Case number (if known) 21-58658

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ 220.00
   - 6b. Water, sewer, garbage collection — 6b. $ 80.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 120.00
   - 6d. Other. Specify: — 6d. $ 0.00
7. **Food and housekeeping supplies** — 7. $ 1,312.00
8. **Childcare and children's education costs** — 8. $ 0.00
9. **Clothing, laundry, and dry cleaning** — 9. $ 200.00
10. **Personal care products and services** — 10. $ 50.00
11. **Medical and dental expenses** — 11. $ 0.00
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 220.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ 0.00
14. **Charitable contributions and religious donations** — 14. $ 0.00
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 0.00
    - 15b. Health insurance — 15b. $ 0.00
    - 15c. Vehicle insurance — 15c. $ 210.00
    - 15d. Other insurance. Specify: — 15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: — 16. $ 0.00
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ 0.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: — 17c. $ 0.00
    - 17d. Other. Specify: — 17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. $ 0.00
19. **Other payments you make to support others who do not live with you.**
    Specify: — 19. $ 0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. **Other:** Specify: — 21. +$ 0.00

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21. — $ 3,674.00
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b.  The result is your monthly expenses. — $ 3,674.00

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ 3,682.00
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ 3,674.00
    - 23c. Subtract your monthly expenses from your monthly income.
      The result is your *monthly net income*. — 23c. $ 8.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ■ No.
    ☐ Yes.    Explain here:

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Seth Hunter** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Lashika Antwinette Conner** | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | 21-58658 | | |

■ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7                                12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Central Auto Sales**<br><br>Description of property securing debt: **2013 Chrysler Town & Country** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: **Georgia Auto Pawn**<br><br>Description of property securing debt: **2003 Ford Expedition** | ☐ Surrender the property.<br>■ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |

| Part 2: | List Your Unexpired Personal Property Leases |

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Debtor 1 **Seth Hunter**
Debtor 2 **Lashika Antwinette Conner**

Case number *(if known)* **21-58658**

Lessor's name: **Progressing Leasing**

☐ No
■ Yes

Description of leased Property: **Furniture Lease**

| Part 3: | **Sign Below** |

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Seth Hunter**
**Seth Hunter**
Signature of Debtor 1

X **/s/ Lashika Antwinette Conner**
**Lashika Antwinette Conner**
Signature of Debtor 2

Date **February 16, 2022**

Date **February 16, 2022**

Official Form 108        **Statement of Intention for Individuals Filing Under Chapter 7**        page 2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia

In re: **Seth Hunter / Lashika Antwinette Conner**, Debtor(s)

Case No. **21-58658**
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 1,800.00 |
   | Prior to the filing of this statement I have received | $ 0.00 |
   | Balance Due | $ 1,800.00 |

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:
   ■ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:
   ■ Debtor   ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
       **Base/flat fee services:**
       **Assisting client obtain pre-filing credit counseling**
       **Assisting client obtain pay advices**
       **Assisting client obtain tax transcripts, returns, and other relative documentation**
       **Assisting in the preparation and completion of client's bankruptcy petition**
       **Preparing and filing changes of address**
       **Pre-confirmation turnover proceedings**
       **Stop creditor actions against client**
       **Motion to Extend Stay or to Impose Stay**
       **Motion for Finding of Exigent Circumstances**
       **Obtaining Employment Deduction Order and serving employer**
       **Order to Vacate Employer Deduction Order**
       **Attending and representing client at the 341 Hearing and any reset hearings**
       **Attending and representing client at the Confirmation Hearing and any reset hearings**
       **Preparing and filing Modifications necessary to confirm client's plan**
       **Preparing and filing lien avoidances necessary to confirm client's plan**
       **Objections to claims necessary to confirm plan**
       **Objections to late filed claims**
       **Bar date review (and all resulting/related pleadings)**
       **Provide information in obtaining pre-discharge financial counseling certificate**
       **Post-Confirmation amendment to add creditors**
       **Resolving Trustee or creditor motions to modify the plan**

       **Debtor's attorney has received $0.00 towards the base fee agreed upon by Debtor and Debtor's attorney. Should the case be dismissed prior to confirmation of the plan, the balance of the funds held by the Trustee, after adjustments for payments under 11 U.S.C. 1326 (a)(1)(B) or (C) and administrative fees, shall be paid to Debtor's**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Seth Hunter** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Lashika Antwinette Conner** | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | 21-58658 | | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Seth Hunter**                              X  **/s/ Lashika Antwinette Conner**
   **Seth Hunter**                                     **Lashika Antwinette Conner**
   Signature of Debtor 1                               Signature of Debtor 2

   Date   **February 16, 2022**                        Date   **February 16, 2022**

---

Official Form 106Dec            Declaration About an Individual Debtor's Schedules

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 21-58658-SMS |
| Seth Hunter, and | * | |
| Lashika Antwinette Conner | * | |
| | * | CHAPTER 7 |
| | * | |
| DEBTOR (S) | * | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury:

That I am more than 18 years of age, and that on this day, I served a copy of the within Debtor's Amendment to Chapter 13 Schedules by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon to ensure delivery or by the Court's Electronic Case Filing (ECF) mail system to:

This the 16th day of February, 2022

/s/
Stanley J. Kakol, Jr., GA Bar No 406060
Attorney for Debtor
Law Office of Stanley J. Kakol, Jr., LLC
5353 Fairington Road
Suite C
Lithonia, GA 30038

Seth Hunter
Lashika Antwinette Conner
2445 Rex Road Apt BB3
Ellenwood, GA 30294

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

All creditors on the attached Matrix.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 21-58658-sms<br>Northern District of Georgia<br>Atlanta<br>Sun Jan 23 12:11:00 EST 2022 | Acima Credit<br>9815 South Monroe Street<br>4th Floor<br>Sandy, UT 84070-4384 | CCI/Contract Callers Inc<br>Attn: Bankruptcy Dept<br>501 Greene St Ste 302<br>Augusta, GA 30901-4415 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Central Auto Sales<br>2677 E. College Avenue<br>Decatur, GA 30030-3912 | Centrlauto<br>2677 E. College Avenue<br>Decatur, GA 30030-3912 |
| Chimef/str<br>Attn: Bankruptcy<br>Po Box 417<br>San Francisco, CA 94104-0417 | Lashika Antwinette Conner<br>2445 Rex Road<br>Apt BB3<br>Ellenwood, GA 30294-4421 | Credit Collection Services<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 |
| Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Franklin Collection Service, Inc.<br>2978 West Jackson Street<br>Po Box 3910<br>Tupelo, MS 38803-3910 | Georgia Auto Pawn<br>4767 N Henry Blvd<br>Stockbridge, GA 30281-3523 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | (p)GEORGIA UNITED CREDIT UNION<br>PO BOX 100070<br>DULUTH GA 30096-9370 | Andrew D. Gleason<br>Lefkoff Rubin Gleason Russo Williams PC<br>Suite 900<br>5555 Glenridge Connector<br>Atlanta, GA 30342-4762 |
| Gs Bank Usa<br>Attn: Bankruptcy<br>Lockbox 6112 PO Box 7247<br>Philadelphia, PA 19170-0001 | Seth Hunter<br>2445 Rex Road<br>Apt BB3<br>Ellenwood, GA 30294-4421 | I C System<br>Attn: Bankruptcy<br>444 Highway 96 East<br>Saint Paul, MN 55127-2557 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Stanley J. Kakol Jr.<br>The Law Offices of Stanley J. Kakol, Jr.<br>5353 Fairington Road<br>Suite C<br>Lithonia, GA 30038-1164 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | NPRTO Georgia, LLC<br>256 West Data Drive<br>Draper, UT 84020-2315 | Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119-3000 |
| Perfection Collection<br>Attn: Bankruptcy Department<br>313 E 1200 S, Suite 102<br>Orem, UT 84058-6910 | Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Progressing Leasing<br>5651 W. Talavi Blvd<br>Glendale, AZ 85306-1884 | K. Edward Safir<br>Standing Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave. NE<br>Atlanta, GA 30303-1259 | T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue | Georgia United Credit Union | Portfolio Recovery Associates, LLC |
| Attn: Bankruptcy Department | c/o Cindy Taylor | POB 41067 |
| 1800 Century Boulevard, NE | PO Box 100070 | Norfolk VA 23541 |
| Suite 9100 | Duluth, GA 30096 | |
| Atlanta, GA 30345 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Central Auto Sales

End of Label Matrix
Mailable recipients    30
Bypassed recipients     1
Total                  31

**Fill in this information to identify your case:**

Debtor 1: Seth Hunter
Debtor 2 (Spouse if, filing): Lashika Antwinette Conner
United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA
Case number (if known): 21-58658

☒ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Seth Hunter
Seth Hunter
Signature of Debtor 1

Date February 11, 2022

X /s/ Lashika Antwinette Conner
Lashika Antwinette Conner
Signature of Debtor 2

Date February 11, 2022

# Signature Certificate

Reference number: XTN48-3WMOZ-LGWDN-BUUDZ

| Signer | Timestamp | Signature |
|---|---|---|
| **Lashika Conner**<br>Er | | *Lashika Conner* |
| Sent:<br>Viewed:<br>Signed: | 11 Feb 2022 22:15:15 UTC<br>11 Feb 2022 22:18:20 UTC<br>11 Feb 2022 22:18:47 UTC | IP address: 107.77.206.110 |
| **Seth Hunter**<br>Ema' | | *Seth Hunter* |
| Sent:<br>Viewed:<br>Signed: | 11 Feb 2022 22:15:15 UTC<br>11 Feb 2022 22:42:42 UTC<br>11 Feb 2022 22:42:58 UTC | IP address: 99.10.111.54<br>Location: Wichita, United States |

Document completed by all parties on:
11 Feb 2022 22:42:58 UTC

Page 1 of 1



Signed with PandaDoc

PandaDoc is a document workflow and certified eSignature solution trusted by 30,000+ companies worldwide.

